

# NUMBER 13-22-00441-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ISRAEL DAVILA JR.,                                                                 Appellant,

v.

THE STATE OF TEXAS,                                                               Appellee.

### On appeal from the 214th District Court
### of Nueces County, Texas.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Silva
### Order Per Curiam

This cause is before the Court regarding the appellant's failure to request preparation of a reporter's record. On November 28, 2022, the Clerk of this Court notified appellant that the reporter's record was originally due on November 21, 2022. Appellant was notified that the court reporter, Valerie J. Saenz, notified this Court that appellant

failed to request the reporter's record. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the matter would be referred to the Court for appropriate action. *See* TEX. R. APP. P. 37.3(c)(1).

Appellant failed to file a response and failed to furnish proof that the reporter's record had been requested. This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See id*. Accordingly, this appeal is abated, and the cause remanded to the trial court.

Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant has abandoned his appeal; (2) whether his present attorney will diligently pursue the appeal; (3) if it be determined that the present attorney will not diligently pursue the appeal, whether appellant is indigent, and if so, whether other counsel should be appointed to represent him; (4) if appellant is not indigent and the present attorney will not diligently pursue the appeal, what steps need to be taken to ensure that appellant will promptly obtain the services of another attorney to pursue the appeal; and (5) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal. If new counsel is appointed, the name, address, telephone number, email address, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental clerk's and supplemental reporter's record of any proceedings to be prepared. The clerk's record and

reporter's record shall be filed with the Clerk of this Court within thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
9th day of January, 2023.